■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BRESSETTE, Petitioner, v J. EDWIN LA VALLEE, as Superintendent of Clinton Correc-

tional Facility, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par [2]), for writ of habeas corpus denied for failure of compliance with article 70 of the CPLR and more particularly with the provisions of CPLR 7002 (subd [c]) thereof, and as otherwise insufficient on its face. Sweeney, J. P., Kane, Main, Larkin and Herlihy, JJ., concur.